Mark Zeichner
Ronald M. Neumann
ZEICHNER ELLMAN & KRAUSE LLP
1211 Avenue of the Americas
New York, New York  10036
(212) 223-0400

Attorneys for Defendant
 *TD Bank, N.A.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NY COMMUNITY FINANCIAL, LLC, a Delaware Corporation,<br><br>                                            Plaintiff,<br>          - against -<br><br>TD BANK, N.A., a Delaware Corporation,<br><br>                                            Defendant. | Case No.:   15-CV-00866-WHP<br><br>**NOTICE OF APPEARANCE** |

To the Clerk of this Court and all parties of record:

ENTER my appearance as counsel in this case for defendant TD Bank, N.A.  I certify that I am admitted to practice in this Court.

Dated:   New York, New York
         March 16, 2015

                                        ZEICHNER ELLMAN & KRAUSE LLP

                                        By: _____/s/ Ronald M. Neumann_____
                                            Ronald M. Neumann
                                            Attorneys for Defendant
                                             TD Bank, N.A.
                                            1211 Avenue of the Americas
                                            New York, New York  10036
                                            (212) 223-0400

#801699