Mark Zeichner
Ronald M. Neumann
ZEICHNER ELLMAN & KRAUSE LLP
1211 Avenue of the Americas
New York, New York 10036
(212) 223-0400

Attorneys for Defendant
 *TD Bank, N.A.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NY COMMUNITY FINANCIAL, LLC, a Delaware Corporation,<br><br>Plaintiff,<br><br>- against -<br><br>TD BANK, N.A., a Delaware Corporation,<br><br>Defendant. | Case No.: 15-CV-00866-WHP |

## DEFENDANT TD BANK'S RULE 7.1
## CORPORATE DISCLOSURE STATEMENT

The undersigned states, pursuant to Fed. R. Civ. P. 7.1, that defendant TD Bank, N.A. is a national banking association organized under the laws of the United States of America and a wholly owned subsidiary of TD Bank US Holding Company, a Delaware corporation, which in turn is a wholly owned subsidiary of TD Bank US P&C Holdings ULC, an Alberta, Canada unlimited liability company, which in turn is a wholly owned subsidiary of The Toronto-Dominion Bank, a Canadian chartered bank, the stock of which is traded on the Toronto Stock Exchange and the New York Stock

Exchange. No other publicly held corporation directly or indirectly owns ten percent or more of the stock of TD Bank, N.A.

Dated: New York, New York
March 17, 2015

ZEICHNER ELLMAN & KRAUSE LLP

By: /s/ Ronald M. Neumann
Mark Zeichner
Ronald M. Neumann
Attorneys for Defendant
 TD Bank, N.A.
1211 Avenue of the Americas
New York, New York 10036
(212) 223-0400

#801700