CHAMBER'S COPY

# ZEICHNER ELLMAN & KRAUSE LLP

1211 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10036
(212) 223-0400
FAX: (212) 753-0396
www.zeklaw.com

35 MASON STREET
GREENWICH, CT 06830
(203) 622-0900
FAX: (203) 862-9889

103 EISENHOWER PARKWAY
ROSELAND, NJ 07068
(973) 618-9100
FAX: (973) 364-9960

DIRECT DIAL
(212) 826-5325
dhamilton@zeklaw.com

RECEIVED MAR 16 2015
CHAMBERS OF
WILLIAM H. PAULEY
U.S.D.J.

March 13, 2015

**BY ECF**

Hon. William H. Pauley, III
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/20/15

**NY Community Financial, LLC v. TD Bank, N.A.
Case No.: 15-CV-00866-WHP
Request for Extension of Time to Respond to the Complaint**

Dear Judge Pauley:

      We are counsel to defendant TD Bank, N.A. ("TD Bank"). We write pursuant to this Court's rules to approve an extension of time by which to respond to plaintiff's complaint to and including April 10, 2015. We have checked with plaintiff's counsel as to TD Bank's current time to respond to the complaint. He has not advised us as of yet.

      Plaintiff's counsel has consented to this request. This is TD Bank's first request from this Court for an extension.

Respectfully submitted,

David S.S. Hamilton

Application granted.

DSSH:jxt

cc: George Stavropoulos, Esq. (by ECF)
    Mark Zeichner, Esq. (by email)

**SO ORDERED:**

WILLIAM H. PAULEY III U.S.D.J.
3/20/15

801664/10930.116