Form 27 - GENERAL PURPOSE

nturner

P421306

**THE VOLAKOS LAW FIRM PC**   KONSTANTINOS VOLAKOS ESQ
U S DISTRICT COURT SOUTHERN DISTRICT STATE OF NEW YORK
--------------------------------------------------------

NY COMMUNITY FINANCIAL LLC, A DELAWARE CORPORATION

PLAINTIFF

index No. 15 CV 866
Date Filed

- vs -

TD BANK, N.A, A DELAWARE CORPORATION

DEFENDANT

Office No.
Court Date.
--------------------------------------------------------

STATE OF NEW YORK, COUNTY OF NEW YORK :SS:

**MERED VENESS** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New Jersey. That on the **20TH** day of **FEBRUARY, 2015** **4:25PM** at

**1701 ROUTE 70 EAST ATTN:LEGAL DEPT.**
**CHERRY HILL NJ 08034**

I served a true copy of the **SUMMONS AND COMPLAINT, CIVIL COVER SHEET, ECF RULES AND INDIVIDUAL JUDGE RULES**
upon **TD BANK, N.A. A DELAWARE CORPORATION**
the **DEFENDANT** therein named by delivering to, and leaving personally with
**ASHLEY PEARD, RECEPTIONIST**
a true copy of each thereof.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows.

SEX: **FEMALE** COLOR: **WHITE** HAIR: **BROWN**
APP.AGE: **30** APP. HT: **5/6** APP. WT: **145**
OTHER IDENTIFYING FEATURES
**GLASSES**

COMMENTS: JOB # 139569.

Sworn to before me this 3/4/15

*Edward J. McDonald*

Edward J. McDonald
NOTARY PUBLIC
STATE OF NEW JERSEY
MY COMMISSION EXPIRES OCTOBER 21, 2019

*[signature]* 3/4/15
MERED VENESS
inSync Litigation Support, LLC
75 MAIDEN LANE 11TH FLOOR
NEW YORK, NY 10038
Reference No: 1-KV-F-421306