# ZEICHNER ELLMAN & KRAUSE LLP

1211 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10036
(212) 223-0400
FAX: (212) 753-0396
www.zeklaw.com

35 MASON STREET
GREENWICH, CT 06830
(203) 622-0900
FAX: (203) 862-9889

103 EISENHOWER PARKWAY
ROSELAND, NJ 07068
(973) 618-9100
FAX: (973) 364-9960

DIRECT DIAL
(212) 826-5350
Rneumann@zeklaw.com

April 8, 2015

**BY ECF**

Hon. William H. Pauley, III
United States District Court
　Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

> **NY Community Financial, LLC v. TD Bank, N.A.**
> **Case No.: 15-CV-00866-WHP**
> **Request for Extension/Clarification of Time to Respond to the Complaint**

Dear Judge Pauley:

　　We are counsel to defendant TD Bank, N.A. We write pursuant to this Court's rules to extend/clarify the time for TD Bank to respond to plaintiff's complaint to and including April 21, 2015 and to adjourn the initial conference scheduled for April 24, 2015.

　　Plaintiff's counsel has consented to this request. This is TD Bank's second request for such an extension. This Court previously approved TD Bank's request to extend its time to respond to the complaint to April 10. (Docket No. 8.) Thereafter, on March 30, we received notice from the court that TD Bank's response was due on April 21, 2015 (attached).

　　We make this request in order to see if this case can be resolved prior to the date when TD Bank would be required to answer or otherwise move for relief. For this reason, with plaintiff's consent, we also respectfully request an adjournment of the initial conference.

Respectfully submitted,

*/s/ Ronald M. Neumann*
Ronald M. Neumann

RMN:mzg
Attachment

cc:　Konstantinos Volakos, Esq. (by ECF)

805510

# Ronald Neumann

| | |
|---|---|
| From: | NYSD_ECF_Pool@nysd.uscourts.gov |
| Sent: | Monday, March 30, 2015 2:18 PM |
| To: | CourtMail@nysd.uscourts.gov |
| Subject: | Activity in Case 1:15-cv-00866-WHP NY Community Financial, LLC v. TD Bank, N.A., Affidavit of Service Complaints |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

## Southern District of New York

## Notice of Electronic Filing

The following transaction was entered by Volakos, Konstantinos on 3/30/2015 at 2:18 PM EDT and filed on 3/30/2015

**Case Name:** NY Community Financial, LLC v. TD Bank, N.A.,
**Case Number:** 1:15-cv-00866-WHP
**Filer:** NY Community Financial, LLC
**Document Number:** 9

**Docket Text:**
**AFFIDAVIT OF SERVICE. TD Bank, N.A., served on 2/20/2015, answer due 4/21/2015. Service was accepted by Ashley Peard. Document filed by NY Community Financial, LLC. (Volakos, Konstantinos)**

**1:15-cv-00866-WHP Notice has been electronically mailed to:**

David Scott Hamilton    dhamilton@zeklaw.com

George Stavropoulos(CourtSt)    gest@stavlaw.com

Mark Zeichner    mzeichner@zeklaw.com

Ronald Mark Neumann    rneumann@zeklaw.com, mantonivich@zeklaw.com

**1:15-cv-00866-WHP Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

1

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=3/30/2015] [FileNumber=14478219-0] [9acaff7f4e04c0131492a32bc3ea04a3765bcd72d3c78f68ddddb082812c22afb234391f3b75a5a2bcdd7407d88df7b511f97e56ae0f63fc0833c7225f1beada]]