# ZEICHNER ELLMAN & KRAUSE LLP

1211 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10036
(212) 223-0400
FAX: (212) 753-0396
www.zeklaw.com

35 MASON STREET
GREENWICH, CT 06830
(203) 622-0900
FAX: (203) 862-9889

103 EISENHOWER PARKWAY
ROSELAND, NJ 07068
(973) 618-9100
FAX: (973) 364-9960

DIRECT DIAL
(212) 826-5350
Rneumann@zeklaw.com

April 8, 2015

**BY ECF**

Hon. William H. Pauley, III
United States District Court
 Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/14/15

### NY Community Financial, LLC v. TD Bank, N.A.
### Case No.: 15-CV-00866-WHP
### Request for Extension/Clarification of Time to Respond to the Complaint

Dear Judge Pauley:

We are counsel to defendant TD Bank, N.A. We write pursuant to this Court's rules to extend/clarify the time for TD Bank to respond to plaintiff's complaint to and including April 21, 2015 and to adjourn the initial conference scheduled for April 24, 2015.

Plaintiff's counsel has consented to this request. This is TD Bank's second request for such an extension. This Court previously approved TD Bank's request to extend its time to respond to the complaint to April 10. (Docket No. 8.) Thereafter, on March 30, we received notice from the court that TD Bank's response was due on April 21, 2015 (attached).

We make this request in order to see if this case can be resolved prior to the date when TD Bank would be required to answer or otherwise move for relief. For this reason, with plaintiff's consent, we also respectfully request an adjournment of the initial conference.

Respectfully submitted,

Ronald M. Neumann

*Application granted. The conference is rescheduled for May 14, 2015 at 10:30a.m.*

RMN:mzg
Attachment

cc: Konstantinos Volakos, Esq. (by ECF)

**SO ORDERED:**

WILLIAM H. PAULEY III U.S.D.J. 4/14/15

805510